**U.S. Department of Justice**
United States Marshals Service

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL**

United States District Court
for the
District of **Columbia**

TO: **Donald Rumsfeld, Secretary - The Pentagon**
**1600 Defense Pentagon**
**Washington, DC 20530**

Civil Action, File Number **06-0700 RCL**

**Abdulwahab Hattah**
V.
**George W. Bush, et al**

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ose. Keep copy 3 for your records.

DWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, ther entity, you must indicate under your signature your relationship to that entity. If uthorized to receive process, you must indicate under your signature your authority.

2 of this form to the sender within ___ days, you (or the party on whose behalf you curred in serving a summons and complaint in any other manner permitted by law.

this form, you (or the party on whose behalf you are being served) must answer the were sent. If you fail to do so, judgment by default will be taken against you for the

lotice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature *(USMS Official)*

OF RECEIPT OF SUMMONS AND COMPLAINT

ved a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

RECEIVED
JUN 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Donald Rumsfeld, Sec. The Pentagon Washington, DC

2. Article Number *(Transfer from service label)*

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

COMPLETE THIS SECTION ON DELIVERY

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) Sharon Jacobs Fisher C. Date of Delivery 5-5-06
D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☒ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

06-0700 #26-06 MT

Copy 4 - USMS District Suspense

Form USM-299
(Rev. 6/95)