UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULWAHAB NATTAH, and ABDULWAHAB NATTAH on behalf Of Titan employees, and "XXX (Redacted)" 8491 Bradshaw Road Elk Grove, CA 95624,<br><br>      Plaintiffs,<br><br>      v.<br><br>GEORGE W. BUSH, President of the United States, in his individual capacity, 1600 Pennsylvania Ave., N.W. Washington, D.C. 20502,<br><br>RICHARD CHENEY, Vice-President of the United States, in his individual capacity, 1600 Pennsylvania Ave., N.W. Washington, D.C. 20502,<br><br>DONALD RUMSFELD, Secretary, United States Department Of Defense, in his official capacity, The Pentagon Washington, D.C. 20301,<br><br>Six Unknown United States Government Employees,<br><br>      and<br><br>L-3 Communications Titan Group,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-0700 RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PRAECIPE

The Clerk of this Court will please enter the appearance of Assistant United States Attorney Marina Utgoff Braswell as

counsel for federal defendants George W. Bush, President of the United States of America, Richard Cheney, Vice-President of the United States of America, and Donald Rumsfeld, Secretary of the U.S. Department of Defense.[1]

>    MARINA UTGOFF BRASWELL, D.C. BAR #416587
>    Assistant United States Attorney
>    U.S. Attorney's Office
>    Judiciary Center Building
>    555 4th Street, N.W.
>    Washington, D.C. 20530
>    (202) 514-7226

---

[1] Defense counsel at present is entering an appearance on behalf of Vice-President Cheney at present solely for the purpose of seeking the time needed to respond to the Complaint.