```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

ABDULWAHAB NATTAH,and              )
ABDULWAHAB NATTAH on behalf        )
  Of Titan employees, and          )
"XXX (Redacted)"                   )
8491 Bradshaw Road                 )
Elk Grove, CA 95624,               )
                                   )
        Plaintiffs,                )
                                   )
        v.                         )  Civil Action No. 06-0700 RCL
                                   )
GEORGE W. BUSH, President of       )
  the United States, in his        )
  individual capacity,             )
  1600 Pennsylvania Ave., N.W.     )
  Washington, D.C. 20502,          )
                                   )
RICHARD CHENEY, Vice-President     )
  of the United States, in his     )
  individual capacity,             )
  1600 Pennsylvania Ave., N.W.     )
  Washington, D.C. 20502,          )
                                   )
DONALD RUMSFELD, Secretary,        )
  United States Department         )
  Of Defense, in his official      )
  capacity,                        )
  The Pentagon                     )
  Washington, D.C. 20301,          )
                                   )
Six Unknown United States          )
  Government Employees,            )
                                   )
         and                       )
                                   )
L-3 Communications Titan Group,)
                                   )
         Defendants.               )
                                   )
```

FEDERAL DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, federal defendants George W. Bush, President of the United States of America, Richard Cheney, Vice-President of the

United States of America, and Donald Rumsfeld, Secretary of the U.S. Department of Defense, respectfully move this Court for an enlargement of time, to and including July 31, 2006, in which to file their response to the Complaint in this case.[1]  The date for the federal defendants to respond to the Complaint is July 3, 2006. Lead counsel for federal defendants, however, will be out of the country at that time, attending her daughter's graduation at Oxford University in England.  She will not be returning to this country until July 16th.  Moreover, defense counsel is still in the process of obtaining authorization to represent all the individually sued federal defendants, who have been sued under Bivens v. Six Unknown Fed. Narcotics Agents, 403 U.S. 388 (1971), and anticipates responding to the Complaint on their behalf, and on behalf of Secretary Rumsfeld sued in his official capacity, with a dispositive motion.  Accordingly, in the interest of judicial economy, and to allow the time needed for defense counsel to obtain the necessary representation authority, federal defendants Bush, Cheney and Rumsfeld respectfully request that this motion be granted.[2]

Plaintiffs' counsel informed defense counsel by telephone that he intends to oppose this motion, on the grounds that there

---

[1] Defendant Cheney notes, however, that to date he has not been properly served with the Complaint in this case.

[2] In making this motion, the individual federal defendants do not waive any of the defenses available to them under Fed. R. Civ. P. 12 or otherwise, including the defense of official immunity.

are "plenty of other" Assistant U.S. Attorneys [AUSAs] who could handle this suit.  This simply is not the case.  While there certainly are other AUSAs in this office, they are busy with other cases assigned to them.  Plaintiffs' counsel may not try to dictate how cases are assigned in the Civil Division of the U.S. Attorney's Office by unreasonably opposing a motion for enlargement of time that is soundly based and causes no prejudice to plaintiffs.

    Accordingly, for the foregoing reasons, federal defendants respectfully request that this motion for an enlargement of time be granted.

                              Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
MARINA UTGOFF BRASWELL, DC BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ABDULWAHAB NATTAH, and              )
ABDULWAHAB NATTAH on behalf         )
  Of Titan employees, and           )
"XXX (Redacted)"                    )
8491 Bradshaw Road                  )
Elk Grove, CA 95624,                )
                                    )
        Plaintiffs,                 )
                                    )
        v.                          )   Civil Action No. 06-0700 RCL
                                    )
GEORGE W. BUSH, President of        )
  the United States, in his         )
  individual capacity,              )
                                    )
RICHARD CHENEY, Vice-President      )
  of the United States, in his      )
  individual capacity,              )
                                    )
DONALD RUMSFELD, Secretary,         )
  United States Department          )
  Of Defense, in his official       )
  capacity,                         )
                                    )
Six Unknown United States           )
  Government Employees,             )
                                    )
        and                         )
                                    )
L-3 Communications Titan Group,     )
                                    )
        Defendants.                 )
                                    )
```

ORDER

Upon consideration of Federal Defendants' Motion for Enlargement of Time,[1] and of the entire record, and it appearing to the Court that the granting of federal defendants' motion,

---

[1] The motion was filed on behalf of federal defendants George W. Bush, President of the United States, Richard Cheney, Vice-President of the United States, and Donald Rumsfeld, Secretary, U.S. Department of Defense.

pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this _____ day of _____, 2006,

ORDERED that Federal Defendants' Motion For Enlargement of Time be, and it is, granted, and it is further

ORDERED that the time in which federal defendants must file their response to plaintiffs' Complaint be, and it is, enlarged up to and including July 31, 2006.

                                         _____
                                         UNITED STATES DISTRICT JUDGE

Copies to:

Marina Utgoff Braswell
Assistant United States Attorney
U.S. Attorney's Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530

Michael Beattie, Esq.
9502B Lee Highway
Fairfax, VA 22031