```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ABDULWAHAB NATTAH,and           )
ABDULWAHAB NATTAH on behalf     )
  Of Titan employees, and       )
"XXX (Redacted)"                )
                                )
        Plaintiffs,             )
                                )
        v.                      )   Civil Action No. 06-0700 RCL
                                )
GEORGE W. BUSH, President of    )
  the United States, in his     )
  individual capacity,          )
                                )
RICHARD CHENEY, Vice-President  )
  of the United States, in his  )
  individual capacity,          )
                                )
DONALD RUMSFELD, Secretary,     )
  United States Department      )
  Of Defense, in his official   )
  capacity,                     )
  The Pentagon                  )
  Washington, D.C. 20301,       )
                                )
Six Unknown United States       )
  Government Employees,         )
                                )
        and                     )
                                )
L-3 Communications Titan Group,)
                                )
        Defendants.             )
_____)
```

## FEDERAL DEFENDANTS' UNOPPOSED MOTION
## FOR FURTHER ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, federal defendants George W. Bush, President of the United States of America, Richard Cheney, Vice-President of the United States of America, and Donald Rumsfeld, Secretary of the U.S. Department of Defense, respectfully move this Court for a

further enlargement of time, to and including August 31, 2006, in which to file their response to the Complaint in this case. The record in this case indicates that plaintiff still has not served federal defendant Vice President Richard Cheney. Moreover, defense counsel is still in the process of obtaining authorization to represent all the individually sued federal defendants, who have been sued under <u>Bivens</u> v. <u>Six Unknown Fed. Narcotics Agents</u>, 403 U.S. 388 (1971), and anticipates responding to the Complaint on their behalf, and on behalf of Secretary Rumsfeld sued in his official capacity, with a dispositive motion. Accordingly, in the interest of judicial economy, and to allow the time needed for defense counsel to obtain the necessary representation authority, federal defendants Bush, Cheney and Rumsfeld respectfully request that this motion be granted.[1]

Plaintiffs' counsel informed defense counsel by telephone today that he will not oppose this motion.

Accordingly, for the foregoing reasons, federal defendants respectfully request that this motion for an enlargement of time

---

[1] In making this motion, the individual federal defendants do not waive any of the defenses available to them under Fed. R. Civ. P. 12 or otherwise, including the defense of official immunity.

be granted.

                Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
MARINA UTGOFF BRASWELL, DC BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULWAHAB NATTAH, and ABDULWAHAB NATTAH on behalf Of Titan employees, and "XXX (Redacted)" 8491 Bradshaw Road Elk Grove, CA 95624, <br><br>  Plaintiffs, <br><br> v. <br><br> GEORGE W. BUSH, President of the United States, in his individual capacity, <br><br> RICHARD CHENEY, Vice-President of the United States, in his individual capacity, <br><br> DONALD RUMSFELD, Secretary, United States Department Of Defense, in his official capacity, <br><br> Six Unknown United States Government Employees, <br><br> and <br><br> L-3 Communications Titan Group, <br><br>  Defendants. | Civil Action No. 06-0700 RCL |

<u>ORDER</u>

Upon consideration of Federal Defendants' Unopposed Motion for Enlargement of Time,[1] and of the entire record, and it appearing to the Court that the granting of federal defendants'

---

[1] The motion was filed on behalf of federal defendants George W. Bush, President of the United States, Richard Cheney, Vice-President of the United States, and Donald Rumsfeld, Secretary, U.S. Department of Defense.

motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this _____ day of _____, 2006,

ORDERED that Federal Defendants' Motion For Enlargement of Time be, and it is, granted, and it is further

ORDERED that the time in which federal defendants must file their response to plaintiffs' Complaint be, and it is, enlarged up to and including August 31, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Marina Utgoff Braswell
Assistant United States Attorney
U.S. Attorney's Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530

Michael Beattie, Esq.
9502B Lee Highway
Fairfax, VA 22031