UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
ABDULWAHAB NATTAH,and            )
ABDULWAHAB NATTAH on behalf      )
  Of Titan employees, and        )
"XXX (Redacted)"                 )
                                 )
        Plaintiffs,              )
                                 )
        v.                       )   Civil Action No. 06-0700 RCL
                                 )
GEORGE W. BUSH, President of     )
  the United States, in his      )
  individual capacity,           )
                                 )
RICHARD CHENEY, Vice-President   )
  of the United States, in his   )
  individual capacity,           )
                                 )
DONALD RUMSFELD, Secretary,      )
  United States Department       )
  Of Defense, in his official    )
  capacity,                      )
  The Pentagon                   )
  Washington, D.C. 20301,        )
                                 )
Six Unknown United States        )
  Government Employees,          )
                                 )
        and                      )
                                 )
L-3 Communications Titan Group,  )
                                 )
        Defendants.              )
                                 )
```

FEDERAL DEFENDANTS' MOTION
FOR FURTHER ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, federal defendants George W. Bush, President of the United States of America, Richard Cheney, Vice-President of the United States of America, and Donald Rumsfeld, Secretary of the U.S. Department of Defense, respectfully move this Court for a

further enlargement of time, to and including September 15, 2006, in which to file their response to the Complaint in this case. The record in this case indicates that plaintiff still has not served federal defendant Vice President Richard Cheney. Moreover, defense counsel has had to be out of the office more than anticipated lately to care for her son who has just undergone reconstructive knee surgery.  Additionally, until a few days ago, defense counsel was preparing for a trial due to begin in early September (the trial was just postponed).

    Accordingly, the extension to September 15th is being sought in order to give lead defense counsel the time needed to finish defendants' response in a thorough manner.

    Plaintiffs' counsel did not return defense counsel's telephone call to discuss this motion.

    Nonetheless, for the foregoing reasons, federal defendants respectfully request that this motion for an enlargement of time

be granted.

                    Respectfully submitted,

                    _____
                    KENNETH L. WAINSTEIN, D.C. BAR #451058
                    United States Attorney

                    _____
                    RUDOLPH CONTRERAS, D.C. BAR # 434122
                    Assistant United States Attorney

                    _____
                    MARINA UTGOFF BRASWELL, DC BAR #416587
                    Assistant United States Attorney
                    U.S. Attorney's Office
                    555 4th Street, N.W. - Civil Division
                    Washington, D.C. 20530
                    (202) 514-7226

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ABDULWAHAB NATTAH,and          )
ABDULWAHAB NATTAH on behalf    )
  Of Titan employees, and      )
"XXX (Redacted)"               )
8491 Bradshaw Road             )
Elk Grove, CA 95624,           )
                               )
        Plaintiffs,            )
                               )
        v.                     )   Civil Action No. 06-0700 RCL
                               )
GEORGE W. BUSH, President of   )
  the United States, in his    )
  individual capacity,         )
                               )
RICHARD CHENEY, Vice-President )
  of the United States, in his )
  individual capacity,         )
                               )
DONALD RUMSFELD, Secretary,    )
  United States Department     )
  Of Defense, in his official  )
  capacity,                    )
                               )
Six Unknown United States      )
  Government Employees,        )
                               )
        and                    )
                               )
L-3 Communications Titan Group,)
                               )
        Defendants.            )
                               )
```

## ORDER

Upon consideration of Federal Defendants' Motion for Enlargement of Time,[1] and of the entire record, and it appearing to the Court that the granting of federal defendants' motion,

---

[1] The motion was filed on behalf of federal defendants George W. Bush, President of the United States, Richard Cheney, Vice-President of the United States, and Donald Rumsfeld, Secretary, U.S. Department of Defense.

pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this _____ day of _____, 2006,

ORDERED that Federal Defendants' Motion For Enlargement of Time be, and it is, granted, and it is further

ORDERED that the time in which federal defendants must file their response to plaintiffs' Complaint be, and it is, enlarged up to and including September 15, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Marina Utgoff Braswell
Assistant United States Attorney
U.S. Attorney's Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530

Michael Beattie, Esq.
9502B Lee Highway
Fairfax, VA 22031