```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ABDULWAHAB NATTAH,and              )
ABDULWAHAB NATTAH on behalf        )
  Of Titan employees, and          )
"XXX (Redacted)"                   )
                                   )
        Plaintiffs,                )
                                   )
        v.                         )   Civil Action No. 06-0700 RCL
                                   )
GEORGE W. BUSH, President of       )
  the United States, in his        )
  individual capacity,             )
                                   )
RICHARD CHENEY, Vice-President     )
  of the United States, in his     )
  individual capacity,             )
                                   )
DONALD RUMSFELD, Secretary,        )
  United States Department         )
  Of Defense, in his official      )
  capacity,                        )
  The Pentagon                     )
  Washington, D.C. 20301,          )
                                   )
Six Unknown United States          )
  Government Employees,            )
                                   )
        and                        )
                                   )
L-3 Communications Titan Group,    )
                                   )
        Defendants.                )
_____)
```

### FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR FURTHER ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, federal defendants George W. Bush, President of the United States of America, Richard Cheney, Vice-President of the United States of America, and Donald Rumsfeld, Secretary of the U.S. Department of Defense, respectfully move this Court for a

further enlargement of time, to and including October 13, 2006, in which to file their response to the Complaint in this case. Plaintiff still has not served federal defendant Vice President Richard Cheney and his attorney has asked defense counsel to look into the issue, claiming the Marshals Service has the summons. Additionally, although defendants believe that plaintiff's claims are subject to dismissal, there are certain facts alleged concerning plaintiff's relationship to the Army that defendants are still trying to resolve.

The more lengthy extension is being sought in the hopes that it will be the last.[1]

Plaintiffs' counsel informed defense counsel by telephone today that he will not oppose this motion.

Accordingly, for the foregoing reasons, federal defendants respectfully request that this unopposed motion for an enlargement of time

---

[1] In making this motion, the individual federal defendants do not waive any of the defenses available to them under Fed. R. Civ. P. 12 or otherwise, including the defense of official immunity.

be granted.

                           Respectfully submitted,

                           _____
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
MARINA UTGOFF BRASWELL, DC BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ABDULWAHAB NATTAH,and          )
ABDULWAHAB NATTAH on behalf    )
  Of Titan employees, and      )
"XXX (Redacted)"               )
8491 Bradshaw Road             )
Elk Grove, CA 95624,           )
                               )
        Plaintiffs,            )
                               )
        v.                     )   Civil Action No. 06-0700 RCL
                               )
GEORGE W. BUSH, President of   )
  the United States, in his    )
  individual capacity,         )
                               )
RICHARD CHENEY, Vice-President )
  of the United States, in his )
  individual capacity,         )
                               )
DONALD RUMSFELD, Secretary,    )
  United States Department     )
  Of Defense, in his official  )
  capacity,                    )
                               )
Six Unknown United States      )
  Government Employees,        )
                               )
        and                    )
                               )
L-3 Communications Titan Group,)
                               )
        Defendants.            )
                               )
```

ORDER

Upon consideration of Federal Defendants' Unopposed Motion for Enlargement of Time,[1] and of the entire record, and it appearing to the Court that the granting of federal defendants'

---

[1] The motion was filed on behalf of federal defendants George W. Bush, President of the United States, Richard Cheney, Vice-President of the United States, and Donald Rumsfeld, Secretary, U.S. Department of Defense.

motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this \_\_\_\_\_ day of_____, 2006,

ORDERED that Federal Defendants' Unopposed Motion For Enlargement of Time be, and it is, granted, and it is further

ORDERED that the time in which federal defendants must file their response to plaintiffs' Complaint be, and it is, enlarged up to and including October 12, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Marina Utgoff Braswell
Assistant United States Attorney
U.S. Attorney's Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530

Michael Beattie, Esq.
9502B Lee Highway
Fairfax, VA 22031