```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ABDULWAHAB NATTAH,and            )
ABDULWAHAB NATTAH on behalf      )
  Of Titan employees, and        )
"XXX (Redacted)"                 )
                                 )
        Plaintiffs,              )
                                 )
        v.                       )   Civil Action No. 06-0700 RCL
                                 )
GEORGE W. BUSH, President of     )
  the United States, in his      )
  individual capacity,           )
                                 )
RICHARD CHENEY, Vice-President   )
  of the United States, in his   )
  individual capacity,           )
                                 )
DONALD RUMSFELD, Secretary,      )
  United States Department       )
  Of Defense, in his official    )
  capacity,                      )
  The Pentagon                   )
  Washington, D.C. 20301,        )
                                 )
Six Unknown United States        )
  Government Employees,          )
                                 )
        and                      )
                                 )
L-3 Communications Titan Group,  )
                                 )
        Defendants.              )
                                 )
```

### FEDERAL DEFENDANTS' UNOPPOSED MOTION
### FOR FURTHER ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, federal defendants George W. Bush, President of the United States of America, Richard Cheney, Vice-President of the United States of America, and Donald Rumsfeld, Secretary of the U.S. Department of Defense, respectfully move this Court for a

further enlargement of time, to and including October 27, 2006, in which to file their response to the Complaint in this case. Defense counsel has been unable to resolve to date plaintiff's issue concerning service on Vice President Richard Cheney, in part due to the fact that she was out of the office for a period of time for suddenly-scheduled eye surgery, the scheduling of which occurred after defense counsel filed the last request for an enlargement of time. Recovery took longer than expected as well. Defense counsel is in contact with those who can shed light on the service issue and hopes to have the matter resolved quickly and be able to file a response in this case by October 27th. This, of course, would narrow the issues in need of resolution by this Court.

Defense counsel is mindful of the fact that in her last motion she represented that she hoped no further extensions would need to be sought, but that motion was filed before the need for prompt eye surgery was discovered and at that time defense counsel did not know she would have to be away from the office for almost a week and that recovery would slow her work pace upon her return.[1]

Plaintiffs' counsel informed defense counsel today that he will not oppose this motion.

---

[1] In making this motion, the individual federal defendants do not waive any of the defenses available to them under Fed. R. Civ. P. 12 or otherwise, including the defense of official immunity.

Accordingly, for the foregoing reasons, federal defendants respectfully request that this unopposed motion for an enlargement of time be granted.

Respectfully submitted,

_____
JEFFERY A. TAYLOR, D.C. BAR #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
MARINA UTGOFF BRASWELL, DC BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULWAHAB NATTAH, and ABDULWAHAB NATTAH on behalf Of Titan employees, and "XXX (Redacted)" 8491 Bradshaw Road Elk Grove, CA 95624, <br><br>   Plaintiffs, <br><br>  v. <br><br>GEORGE W. BUSH, President of the United States, in his individual capacity, <br><br>RICHARD CHENEY, Vice-President of the United States, in his individual capacity, <br><br>DONALD RUMSFELD, Secretary, United States Department Of Defense, in his official capacity, <br><br>Six Unknown United States Government Employees, <br><br>   and <br><br>L-3 Communications Titan Group, <br><br>   Defendants. | Civil Action No. 06-0700 RCL |

## ORDER

Upon consideration of Federal Defendants' Unopposed Motion for Enlargement of Time,[1] and of the entire record, and it appearing to the Court that the granting of federal defendants'

---

[1] The motion was filed on behalf of federal defendants George W. Bush, President of the United States, Richard Cheney, Vice-President of the United States, and Donald Rumsfeld, Secretary, U.S. Department of Defense.

motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this \_\_\_\_\_ day of_____, 2006,

    ORDERED that Federal Defendants' Unopposed Motion For Enlargement of Time be, and it is, granted, and it is further

    ORDERED that the time in which federal defendants must file their response to plaintiffs' Complaint be, and it is, enlarged up to and including October 27, 2006.

                                          UNITED STATES DISTRICT JUDGE

Copies to:

Marina Utgoff Braswell
Assistant United States Attorney
U.S. Attorney's Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530

Michael Beattie, Esq.
9502B Lee Highway
Fairfax, VA 22031