UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULWAHAB NATTAH, et. al., | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | ) Civil Action No. 06-700 (RCL) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, et. al., | ) |
| | ) |
| Respondents. | ) |

## ORDER

Upon consideration of Federal Defendants' Unopposed Motion [19] for Enlargement of Time, and of the entire record, and it appearing to the Court that the granting of Federal Defendants' motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, it is hereby

ORDERED that Federal Defendants' Unopposed Motion [19] For Enlargement of Time is GRANTED and it is further

ORDERED that the time in which Federal Defendants must file their response to plaintiffs' Complaint be, and it is, enlarged up to and including October 27, 2006.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, October 27, 2006.