UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDULWAHAB NATTAH,and          )
ABDULWAHAB NATTAH on behalf    )
  Of Titan employees, and     )
"XXX (Redacted)"              )
                              )
         Plaintiffs,          )
                              )
         v.                   )  Civil Action No. 06-0700 RCL
                              )
GEORGE W. BUSH, President of   )
  the United States, in his   )
  individual capacity,        )
                              )
RICHARD CHENEY, Vice-President )
  of the United States, in his )
  individual capacity,        )
                              )
DONALD RUMSFELD, Secretary,    )
  United States Department     )
  Of Defense, in his official  )
  capacity,                   )
                              )
Six Unknown United States      )
  Government Employees,        )
                              )
         and                  )
                              )
L-3 Communications Titan Group,)
                              )
         Defendants.          )
_____)

FEDERAL DEFENDANTS' UNOPPOSED MOTION
FOR A ONE-DAY FURTHER ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, federal defendants George W. Bush, President of the United States of America, Richard Cheney, Vice-President of the United States of America, and Donald Rumsfeld, Secretary of the U.S. Department of Defense, respectfully move this Court for a further enlargement of time of one business day, to and including

October 30, 2006, in which to file their response to the
Complaint in this case.  Defense counsel has completed the
dispositive motion to be filed but was unable to complete it in
time for review and filing today.  This was due to the fact that
defense counsel was in depositions this week and had to complete
and file an opposition brief in another case before this Court,
Mahoney v. U.S. Marshals Service, Civil No. 05-1786 (D.D.C.)
(RCL).  Additionally, defense counsel spent time recently
resolving the service issue in the instant case, thereby at least
removing that issue as a dispute to be resolved by this Court.
Defense counsel appreciates the patience of the Court and
plaintiff's counsel with respect to the time taken to complete
this filing and regrets the need for the number of extensions
sought.[1]

Plaintiffs' counsel informed defense counsel today that he
will not oppose this motion.

Accordingly, for the foregoing reasons, federal defendants

---

[1]  In making this motion, the individual federal defendants
do not waive any of the defenses available to them under Fed. R.
Civ. P. 12 or otherwise, including the defense of official
immunity.

respectfully request that this unopposed motion for a further

enlargement of time of one business day be granted.

                    Respectfully submitted,


            _____
            JEFFERY A. TAYLOR, D.C. BAR #498610
            United States Attorney


            _____
            RUDOLPH CONTRERAS, D.C. BAR # 434122
            Assistant United States Attorney


            _____
            MARINA UTGOFF BRASWELL, DC BAR #416587
            Assistant United States Attorney
            U.S. Attorney's Office
            555 4th Street, N.W. - Civil Division
            Washington, D.C. 20530
            (202) 514-7226

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDULWAHAB NATTAH,and            )
ABDULWAHAB NATTAH on behalf      )
  Of Titan employees, and        )
"XXX (Redacted)"                 )
8491 Bradshaw Road               )
Elk Grove, CA 95624,             )
                                 )
          Plaintiffs,            )
                                 )
          v.                     )   Civil Action No. 06-0700 RCL
                                 )
GEORGE W. BUSH, President of     )
  the United States, in his      )
  individual capacity,           )
                                 )
RICHARD CHENEY, Vice-President )
  of the United States, in his )
  individual capacity,           )
                                 )
DONALD RUMSFELD, Secretary,      )
  United States Department       )
  Of Defense, in his official    )
  capacity,                      )
                                 )
Six Unknown United States        )
  Government Employees,          )
                                 )
          and                    )
                                 )
L-3 Communications Titan Group,)
                                 )
          Defendants.            )
_____)

ORDER

      Upon consideration of Federal Defendants' Unopposed Motion

for a One-Day Further Enlargement of Time,[1] and of the entire

record, and it appearing to the Court that the granting of

_____

      [1]  The motion was filed on behalf of federal defendants
George W. Bush, President of the United States, Richard Cheney,
Vice-President of the United States, and Donald Rumsfeld,
Secretary, U.S. Department of Defense.

federal defendants' motion, pursuant to Rule 6(b) of the Federal
Rules of Civil Procedure, would be just and proper, it is by the
Court this _____day of_____, 2006,

    ORDERED that Federal Defendants' Unopposed Motion For A One-
Day Further Enlargement of Time be, and it is, granted, and it is
further

    ORDERED that the time in which federal defendants must file
their response to plaintiffs' Complaint be, and it is, enlarged
up to and including October 30, 2006.

                       _____
                       UNITED STATES DISTRICT JUDGE
Copies to:


Marina Utgoff Braswell
Assistant United States Attorney
U.S. Attorney's Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530


Michael Beattie, Esq.
9502B Lee Highway
Fairfax, VA 22031