UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULWAHAB NATTAH, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-0700 RCL |
| GEORGE W. BUSH, et al., | ) |
| Defendants. | ) |

**CERTIFICATION**

I, Rudolph Contreras, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 68 Fed. Reg. 74187, 74189 (Dec. 23, 2003) (updating Attorney General's delegation of authority, effective Jan. 22, 2004) (to be codified at 28 C.F.R. § 15.4), and first redelegated to me on March 20, 2006, hereby certify that I have read the complaint in Nattah v. Bush, Civil No. 06-0700 (D.D.C.), and that on the basis of the information now available to me with respect to the incidents alleged therein, I find that defendants George W. Bush, President of the United States, Richard Cheney, Vice-President of the United States, and Donald Rumsfeld, Secretary, United States Department of Defense, were acting within the scope of their employment as employees of the United States at the time of the

Exh. 1
Civil No. 06-0700 (RCL)

incidents alleged in the Complaint.

October 30, 2006.

_____
RUDOLPH CONTRERAS, D.C. Bar No. 434122
Assistant United States Attorney
Chief, Civil Division