IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULWAHAB NATTAH, <br> ABDULWAHAB NATTAH, as lead plaintiff in a class of Titan employees, and XXX (redacted Plaintiffs), <br>        Plaintiffs <br>   v. <br> GEORGE W. BUSH, <br>  in his individual capacity <br> DICK CHENEY, <br>  in his individual capacity <br> DONALD RUMSFELD, <br>  in his official capacity <br> SIX UNKNOWN UNITED STATES GOVERNMENT EMPLOYEES, and <br> L3 COMMUNICATIONS TITAN GROUP, <br>        Defendants. | Civil Action Number: 1:06CV00700 |

## DECLARATION

I, Charles D. Hayes, Jr., declare as follows:

1. The undersigned is presently and has been at all times since September 2, 2006, Chief of Tort Claims Division, U.S. Army Claims Service, Fort Meade, Maryland. All tort claims against the Army are entered into a central electronic database, including claims under the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680, and other related tort claims statutes arising from the acts or omission of members or employees of the active Army, Army National Guard and Department of Defense. The database provides a record of all claims received since 1988.

2. A thorough search of the database has found that no administrative claim was filed by

Abdulwahab Nattah under the above-mentioned statutes. Since Internet connectivity problems sometimes prevent our field offices in Iraq from logging claims in the database, a member of this Service attempted to contact plaintiff's counsel both by telephone and e-mail, since paragraph 109 of the Complaint alleges that plaintiff's administrative remedies were exhausted. Counsel's office telephones are disconnected, and as of this date we have received no response to our e-mail inquiry. Without knowing the identity of the office at which he filed his claim, we are unable to determine which of our many satellite offices in Iraq and in the United States might have received it, assuming that a claim in the strict legal sense was in fact filed.

3. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

CHARLES D. HAYES, JR.
Lieutenant Colonel, U.S. Army
Chief, Tort Claims Division
U.S. Army Claims Service
Office of The Judge Advocate General
4411 Llewellyn Avenue
Fort Meade, MD 20755-5360
(301) 677-7009, ext. 211

Executed this the 26th day of October, 2006, at Fort Meade, Maryland.