UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ABDULWAHAB NATTAH, *et. al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 06-700 (RCL) |
| GEORGE W. BUSH, President of the United States, *et. al.*, | ) ) ) ) | |
| Respondents. | ) ) ) | |

## ORDER

Upon consideration of the federal defendants' Unopposed Motion [21] for Enlargement of Time, and of the entire record, and it appearing to the Court that the granting of the federal defendants' motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, it is hereby

ORDERED that the federal defendants' Motion [21] For Enlargement of Time be, and it is, GRANTED, *nunc pro tunc*, and it is further

ORDERED that the time in which the federal defendants must file their response to plaintiffs' Complaint be, and it is, enlarged up to and including October 30, 2006.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, November 14, 2006.