IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States ex rel Titan Class, ABDULWAHAB NATTAH, and ABDULWAHAB NATTAH as Lead Plaintiff in a class of Titan employees, <br><br> Plaintiffs <br><br> v. <br><br> GEORGE W. BUSH III, in his individual capacity <br> DICK CHENEY, in his individual capacity <br> DONALD RUMSFELD, in his official capacity, <br> Six Unknown United States Government employees, <br><br> L-3 Communications Titan Group <br><br> Curveball <br><br> Dr. Ahmad Chalabi <br><br> Iraqi National Congress Assembly Fund <br><br> Iraqi National Congress Support Foundation <br><br> Iraqi National Congress Defense Foundation, LLC <br><br> Iraqi National Congress Action Foundation <br>         Defendants | Civil Action No.: 06-0700-RCL |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Plaintiff Nattah, through counsel, hereby moves to extend the time within which he may respond to Defendant's Motion to Dismiss, filed on October 30, 2006. In support of this motion,

Plaintiff respectfully refers the Court to the attached memorandum of points and authorities.

Pursuant to LCvR 7(m), Plaintiff's counsel has consulted with Defendant's counsel concerning this motion. Defendant's counsel has consented to the motion.

        Respectfully Submitted,

        _____
        Michael J. Beattie, Bar # 450873
        Employee Rights Law Group
        9502 B Lee Highway
        Fairfax, Virginia 22031
        703-273-2235
        703-273-3440
        mjbeattie@verizon.net
        *Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States ex rel Titan Class, ABDULWAHAB NATTAH, and ABDULWAHAB NATTAH as Lead Plaintiff in a class of Titan employees, <br><br>　　　Plaintiffs <br><br> v. <br><br> GEORGE W. BUSH III, in his individual capacity <br> DICK CHENEY, in his individual capacity <br> DONALD RUMSFELD, in his official capacity, <br> Six Unknown United States Government employees, <br><br> L-3 Communications Titan Group <br><br> Curveball <br><br> Dr. Ahmad Chalabi <br><br> Iraqi National Congress Assembly Fund <br><br> Iraqi National Congress Support Foundation <br><br> Iraqi National Congress Defense Foundation, LLC <br><br> Iraqi National Congress Action Foundation <br>　　　Defendants | ) ) ) ) ) ) ) ) ) ) Civil Action No.: 06-0700-RCL ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
PLAINTIFF'S MOTION FOR EXTENSION OF TIME

　　　Pursuant to Fed. R. Civ. P. 6(b), a deadline set by rule may be extended for good cause shown.

1. Defendant has filed a Motion to Dismiss on October 30, 2006. Plaintiff is due to file a response in the form of an Opposition to the Motion to Dismiss, and is seeking an extension of time of about 45 days in order to accomplish preparing and filing the Opposition.

2. Due to technical difficulties with the office's internet and email systems, the undersigned counsel was unable to access the motion to dismiss from the email received from the court's Pacer system until November 9, 2006.

3. Due to the non-functioning computer and internet systems, several deadlines that undersigned counsel had to meet in other cases were all delayed and extensions had to be sought in those cases as well. Due to this unforeseen delay in attempting to catch up on the backlog of cases disrupted in the aforementioned manner, counsel has of yet not been able to review the Motion to Dismiss.

4. Defendant's current Motion to Dismiss consists of almost 20 pages, and contains 2 exhibits, including affidavits, which will require considerable time for review and response.

5. Accordingly, the undersigned counsel anticipates that he will need a 45 day extension. However since this time frame will include the Thanksgiving Holiday week and will end around the time of the Christmas Holiday season, it is possible that certain unanticipated delays may once again arise. Counsel, therefore, seeking to err on the side of caution, respectfully submits that an additional 15 day extension be added to the anticipated 45 day time frame referred to above.

6. Plaintiff therefore seeks an extension of time until January 15, 2007 to prepare and complete an Opposition to Defendant's Motion to Dismiss.

7. Counsel for Defendant's have sought and received at least four extensions of time, and therefore it would be only fair and reasonable for Plaintiff to be allowed this extension of time to enable him to properly research the issues and prepare his response.

8. Counsels for both parties have conferred with each other and Defendant has consented to this motion for extension of time.

9. Plaintiff asserts that the requested extension of time would not cause any undue prejudice or harm to either party.

Wherefore, Plaintiff respectfully requests that an extension of time until January 15, 2007 be granted to allow the Plaintiff to file his opposition response to Defendant's Motion to Dismiss.

Respectfully Submitted,

_____
Michael J. Beattie, Bar # 450873
Employee Rights Law Group
9502 B Lee Highway
Fairfax, Virginia 22031
703-273-2235
703-273-3440
mjbeattie@verizon.net

*Counsel for Plaintiff*