IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States ex rel Titan Class,<br>ABDULWAHAB NATTAH, and<br>ABDULWAHAB NATTAH as<br>Lead Plaintiff in a class of Titan employees,<br><br>    Plaintiffs<br><br>v.<br><br>GEORGE W. BUSH III,<br>in his individual capacity<br>DICK CHENEY,<br>in his individual capacity<br>DONALD RUMSFELD,<br>in his official capacity,<br>Six Unknown United States Government<br>employees,<br><br>L-3 Communications Titan Group<br><br>Curveball<br><br>Dr. Ahmad Chalabi<br><br>Iraqi National Congress Assembly Fund<br><br>Iraqi National Congress Support Foundation<br><br>Iraqi National Congress Defense Foundation, LLC<br><br>Iraqi National Congress Action Foundation<br>    Defendants | Civil Action No.: 06-0700-RCL |

**ORDER**

    The court, having considered Plaintiff's Motion for Extension of Time to File an Opposition to Defendant's Motion to Dismiss, and lack of any opposition thereto, it is this \_\_\_\_ day of November 2006,

    ORDERED that the Motion for Extension of Time shall be GRANTED, and it is

FURTHER ORDERED that Plaintiff shall have until January 15, 2007 to prepare and file its response in opposition to the Motion to Dismiss.

_____
UNITED STATES DISTRICT JUDGE

Cc. Via Pacer