UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULWAHAB NATTAH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-700 (RCL) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, *et. al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff filed a return of service as to defendant L-3 Communications Titan Group on July 10, 2006, reflecting service of the summons and complaint on June 29, 2006. Plaintiff subsequently requested the Clerk to reissue a summons for L-3 Communications, which by Docket Entry on July 19, 2006, was denied by the Court unless the prior return of service was withdrawn.

Plaintiff has done nothing further as to said defendant. Within 10 days of this date, plaintiff shall advise the Court how he expects to proceed as to L-3 Communications.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, November 15, 2006.