UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULWAHAB NATTAH, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-700 (RCL) |
| GEORGE W. BUSH, President of the United States, *et. al.*, | ) |
| Defendants. | ) |

## ORDER

The Court, having considered plaintiff's Motion [24] for Extension of Time to File an Opposition to the Motion to Dismiss filed by the federal defendants (George W. Bush, Richard Cheney, and Donald Rumsfeld), and the entire record herein, it is hereby

ORDERED that the Motion for Extension of Time to File an Opposition as to the federal defendants' Motion to Dismiss shall be GRANTED, and it is

FURTHER ORDERED that Plaintiff shall have until January 15, 2007 to prepare and file his response in opposition to the Motion to Dismiss.

It is further noted that in his Motion [24] for Extension of Time, plaintiff listed in the caption an additional six defendants who are not named in his Complaint and are not listed on the dockets of this Court. Plaintiff must seek leave of the Court to add parties to a lawsuit. Merely adding a name to a caption does not properly bring a defendant before the Court.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, November 15, 2006.