UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDULWAHAB NATTAH, et al.,    )
Plaintiffs,                   )
            v.                )   Civil Action No. 06-0700 RCL
GEORGE W. BUSH, et al.,       )
Defendants                    )
_____

**MISCELLANEOUS FILING**

Plaintiff's counsel is responding to Judge Lamberth's Order dated November 15, 2006.

1. The order granted Plaintiff's Motion for Extension of Time to File an Opposition to Defendant's Motion to Dismiss. Plaintiff has until January 15, 2007 to file a response in opposition.

2. The order further noted that Plaintiff's Motion for Extension of Time listed six additional defendants who were not named in the original complaint.

3. Plaintiff's counsel apologizes for the inadvertent entry of these additional defendants on the caption.

4. Counsel is working on preparing an amended complaint that proposes to include these additional parties.

5. Counsel's associate who prepared the Motion for Extension of Time mistakenly included the caption containing these proposed additional defendants, instead of using the caption from the original complaint.

6. At this time therefore, Plaintiff respectfully requests this Court to ignore the additional parties, who were not meant to be included as party defendants.

7.      At the appropriate time, Plaintiff will file a motion seeking to amend the complaint and for leave of the Court to add additional defendants to the lawsuit.

                              Sincerely,

                              Michael J. Beattie
                              *Counsel for Plaintiff*