UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDULWAHAB NATTAH, et al.,   )
Plaintiffs,                  )
       v.                    )  Civil Action No. 06-0700 RCL
GEORGE W. BUSH, et al.,      )
Defendants                   )
_____

**MOTION FOR ISSUANCE OF A NEW SUMMONS**

Plaintiff's counsel is responding to Judge Lamberth's Order dated November 15, 2006, being document # 25 on the docket sheet.

1. A summons was issued as to defendant "L-3 Communications Titan Group" on June 8, 2006.

2. Plaintiff filed a return of service as to this defendant on July 10, 2006, reflecting that the summons and complaint had been served on June 29, 2006.

3. However subsequent to this service, the registered agent of L3 Communications returned the complaint and summons to plaintiff's counsel stating that there was a typographical error in the name of the company, and that they were therefore refusing service. It appears perhaps that the wrong registered agent was served.

4. On July 19, 2006 Plaintiff requested the Clerk of the Court to re-issue a new summons with the noted correction in the defendant company's name and corrected registered agent.

5. On that same day the court issued a fiat order stating that plaintiff's request for re-issuance of a new summons "should be denied unless plaintiff withdraws the prior return of service, docket entry #9, dated 7/10/06."

6.      Counsel inadvertently omitted responding to the fiat, and apologizes to the Court for the omission.

7.      As per the Order dated November 15, 2006 the Court has ordered Plaintiff to inform the Court within 10 days of the order as to how he expects to proceed with defendant L-3 Communications.

8.      Plaintiff respectfully states that he would like to withdraw the prior return of service (being docket entry #9, dated 07/10/06) on the said defendant. (Attachment: Motion to Withdraw Return of Service)

9.      Plaintiff respectfully requests that the Clerk of the Court be ordered to re-issue a new summons as to defendant L-3 Communications, having the defendant named as "L-3 Communications Titan Corporation, a.k.a L-3 Communications Titan Group", having its corporate headquarters at 600 Third Avenue, New York, NY 10016, and serve Registered Agent: CT Corporation System, 4701 Cox Road, Suite 301, Glen Allen, VA 23060-6802 with a copy of the original complaint.

Sincerely,

Michael J. Beattie
*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ABDULWAHAB NATTAH, et al.,  )
Plaintiffs,                 )
            v.              )  Civil Action No. 06-0700 RCL
GEORGE W. BUSH, et al.,     )
Defendants                  )
_____

### ORDER

The Court, having considered plaintiff's Motion for the Issuance of a New Summons to be issued as to defendant L-3 Communications and the entire record herein, it is hereby

ORDERED that the Motion for the Issuance of a New Summons shall be GRANTED, and it is

FURTHER ORDERED that the Clerk of the Court shall issue a new summons in the name of "L-3 Communications Titan Corporation, a.k.a L-3 Communications Titan Group", having its corporate headquarters at 600 Third Avenue, New York, NY 10016, and serve Registered Agent: CT Corporation System, 4701 Cox Road, Suite 301, Glen Allen, VA 23060-6802.

_____
Judge Royce C. Lamberth
U.S. District Court Judge

3