UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDULWAHAB NATTAH, et al.,   )
Plaintiffs,                  )
            v.               )   Civil Action No. 06-0700 RCL
GEORGE W. BUSH, et al.,      )
Defendants                   )
_____

**MOTION TO WITHDRAW PRIOR RETURN OF SERVICE**

Comes now, Plaintiff Nattah, by and through undersigned counsel, and respectfully requests this court's permission to withdraw the prior return of service dated 07/10/06, being docket entry #9.

1.   Although Titan (L-3 Communications) was served on June 29, 2006, it appears that the incorrect registered agent was served. The summons was returned by that agent stating that the name of the company does not perfectly correspond to any company's listed with the agent.

2.   Plaintiff sought to have a new summons re-issued with the error in name of defendant/registered agent corrected, but was notified by the court's fiat order on July 19, 2006 that he would first have to withdraw the prior return of service on defendant before a summons could be re-issued.

3.   Hence Plaintiff is filing the current motion to withdraw the prior return of service, and simultaneously in a separate motion is requesting the court to order the issuance of a new summons on defendant L-3 Communications.

Wherefore, Plaintiff seeks this Court's permission to withdraw the prior return of service dated July 10, 2006 on L-3 Communications Titan Group.

                Sincerely,

                Michael J. Beattie
                *Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ABDULWAHAB NATTAH, et al.,   )
Plaintiffs,                  )
      v.                    )  Civil Action No. 06-0700 RCL
GEORGE W. BUSH, et al.,      )
Defendants                   )
_____

### ORDER

The Court, having considered plaintiff's Motion to Withdraw the Prior Return of Service upon defendant L3 Communications Titan Group, and the entire record herein, it is hereby

ORDERED that the Motion to Withdraw the Prior Return of Service shall be GRANTED

_____
Judge Royce C. Lamberth
U.S. District Court Judge