# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ABDULWAHAB NATTAH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-700 (RCL)** |
| | ) | |
| **GEORGE W. BUSH,** | ) | |
| **President of the United States, *et. al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

The Court, having considered plaintiff's Motion [28] to Withdraw the Prior Return of Service upon defendant L3 Communications Titan Group, and the entire record herein, it is hereby

ORDERED that the Motion to Withdraw the Prior Return of Service shall be GRANTED.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, November 20, 2006.