UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULWAHAB NATTAH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-700 (RCL) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, *et. al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

The Court, having considered plaintiff's Motion [28] for the Issuance of a New Summons to be issued as to defendant L-3 Communications and the entire record herein, it is hereby

ORDERED that the Motion for the Issuance of a New Summons shall be GRANTED, and it is further

ORDERED that the Clerk of the Court shall issue a new summons in the name of "L-3 Communications Titan Corporation, a.k.a. L-3 Communications Titan Group," having its corporate headquarters at 600 Third Avenue, New York, NY 10016, and serve Registered Agent: CT Corporation System, 4701 Cox Road, Suite 301, Glen Allen, VA 23060-6802.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, November 20, 2006.