**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Dick Cheney, Vice President of USA
1600 Pennsylvania Ave, NW
Washington, DC 20500

Civil Action, File Number __06-0700 RCL__

__Abdulwahab Nattah__
V.
__George W. Bush, Et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

[this form to the sender within ____ days, you (or the party on whose behalf you] red in serving a summons and complaint in any other manner permitted by law.

[form, you (or the party on whose behalf you are being served) must answer the] sent. If you fail to do so, judgment by default will be taken against you for the

[and] Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature (USMS Official)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | Rec'v'd 4/24/06 |
| Total Postage & Fees | $ | |

Sent To: Mail 4/22/06
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002    See Reverse for Instructions

7004 2510 0003 7140 3616

No return of Service
as of 9/27/06 via
Certified mail

RECEIPT OF SUMMONS AND COMPLAINT
copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

RECEIVED
DEC 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
SEP -1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
DEC 5

Form USM-299
(Rev. 6/95)