UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ABDULWAHAB NATTAH, *et. al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) ) | Civil Action No. 06-700 (RCL) |
| GEORGE W. BUSH,  President of the United States, *et. al.*, | ) ) ) ) | |
| Respondents. | ) ) | |

## ORDER

Upon consideration of the federal defendants' Unopposed Motion [22] to Dismiss, and of the entire record herein, and it appearing to the Court that the granting of federal defendants' motion would be just and proper, it is by the Court this 30th day of January, 2007,

ORDERED, that federal defendants' Motion [22] to Dismiss be, and hereby is, GRANTED; and it is further

ORDERED that the case as it pertains to federal defendants be, and it hereby is, DISMISSED WITH PREJUDICE.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, January 30, 2007.