UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULWAHAB NATTAH, *et. al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 06-700 (RCL) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, *et. al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

By Order dated November 20, 2006, the Court directed issuance of a new summons to defendant L3 Communications Titan Group. Since plaintiff is proceeding *in forma pauperis*, it is the Clerk of the Court's responsibility to issue the new summons and take the summons and a copy of the Complaint to the United States Marshal to effect service. The Court's dockets do not reflect this has been done. The Clerk is directed to comply FORTHWITH and shall issue a new summons in the name of "L-3 Communications Titan Corporation, a.k.a. L-3 Communications Titan Group," having its corporate headquarters at 600 Third Avenue, New York, NY 10016, and serve Registered Agent: CT Corporation System, 4701 Cox Road, Suite 301, Glen Allen, VA 23060-6802.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 30, 2007.