IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULWAHAB NATTAH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-700 (RCL) |
| ) | |
| GEORGE BUSH, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANT L-3 COMMUNICATIONS TITAN CORPORATION'S
UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant L-3 Communications Titan Corporation ("L-3") (erroneously sued as L-3 Communications Titan Group), respectfully moves this Court for an enlargement of time, to and including March 12, 2007, in which to file its response to the Complaint in this case.  The date for L-3 to respond to the Complaint is February 26, 2007.  Plaintiffs' Complaint contains approximately 245 numbered paragraphs and twenty separate counts, fifteen of which are asserted against L-3.  Additionally, the Complaint raises a number of allegations involving events that allegedly took place outside of the United States and for which Plaintiffs are seeking recovery under the laws of Germany, Iraq and Kuwait.  In light of the number and nature of Plaintiffs' claims, L-3 requires additional time in which to fully prepare its response.  The instant motion is not brought for the purpose of delay, and Plaintiffs will not be unduly prejudiced thereby.

Counsel for Plaintiffs informed defense counsel by telephone today that he agrees to the proposed extension subject to the Court's approval.

For the foregoing reasons, L-3 respectfully requests that this motion for an enlargement of time be granted.

Date:  February 21, 2007                    Respectfully submitted,

                                            _____/s/_____
                                            Matthew H. Sorensen, D.C. Bar 492130
                                            John F. Scalia (motion for admission *pro hac vice* forthcoming)
                                            GREENBERG TRAURIG, LLP
                                            1750 Tysons Blvd., Suite 1200
                                            McLean, VA 22102
                                            Tel: (703) 749-1300
                                            Fax: (703) 749-1301
                                            *Attorneys for Defendant*
                                            *L-3 Communications*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULWAHAB NATTAH, et al.,        ) | |
| ) | |
| Plaintiff,              ) | |
| ) | |
| v.                  ) | Civil Action No. 06-700 (RCL) |
| ) | |
| GEORGE BUSH, et al.,           ) | |
| ) | |
| Defendants.           ) | |
| ) | |

## **ORDER**

Upon consideration of Defendant L-3 Communications Titan Corporation's Motion for Enlargement of Time, and of the entire record, and it appearing to the Court that the granting of Defendant's motion pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, would be just and proper, it is hereby

ORDERED that Defendant L-3 Communications Titan Corporation's Motion for Enlargement of Time be and hereby is granted; and it is further

ORDERED that the time in which Defendant L-3 Communications Titan Corporation must file its response to Plaintiffs' Complaint be and hereby is enlarged to and including March 12, 2007.

SO ORDERED.

_____
United States District Court Judge