**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ABDULWAHAB NATTAH, et al.,    )
Plaintiffs,                                        )
        v.                                  )  Civil Action No. 06-0700 RCL
GEORGE W. BUSH, et al.,           )
Defendants                                      )
_____

**NOTICE OF APPEAL**

      Comes now, Plaintiff Nattah, and respectfully enters his timely notice of appeal in the above captioned case.

1.      On January 30, 2007 this court entered an order in response to defendants motion to dismiss certain federal defendants.

2.      The court granted the motion to dismiss with prejudice federal defendants President George W. Bush, Vice President Richard W. Cheney and Donald Rumsfeld.

3.      Plaintiff Nattah timely notices his appeal to the court's order granting the motion to dismiss.

4.      Since Plaintiff has already prior to this notice of appeal filed a motion to appear in forma pauperis, Plaintiff has not included the court filing fees for the appeal at this time, unless specifically instructed to do so by the Clerk of the Court.

      Wherefore, Plaintiff seeks to appeal the court's decision dismissing the federal defendant's in this case, and timely notices his appeal thereto.

                                                                    Sincerely,

                                                                    --sd--
                                                                    Michael J. Beattie
                                                                    *Counsel for Plaintiff*