UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ABDULWAHAB NATTAH, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 06-700 (RCL) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) ) | |

## ORDER

Upon consideration of defendant L-3 Communications Titan Corporation's Unopposed Motion [34] for Enlargement of Time, and of the entire record, and it appearing to the Court that the granting of federal defendants' motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, would be just and proper, it is hereby

ORDERED that defendant's Motion [34] For Enlargement of Time is granted and it is further

ORDERED that the time in which defendant must file its response to plaintiffs' Complaint be, and it is, enlarged up to and including March 12, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, March 6, 2007.