

# TITAN SYSTEMS CORPORATION
OPERATIONAL ANALYSIS & TRAINING GROUP

January 17, 2003

Mr. Abdulwahab Nattah
8491 Bradshaw Rd.
Elk Grove, California 95624

Dear Mr. Nattah:

We are most impressed by your capabilities and past performance and are delighted to consider you a part of our growing team. This letter confirms an offer of employment with Titan Systems Corporation in the position of CAT II Arabic Linguist in Kuwait. This position reports to Kevin Hopkins in the Operational Analysis and Training Group with a start date of January 19, 2003. The starting base salary for this position is $2,692.31 bi-weekly, $70,000.00 if annualized, plus $3250.00 completion bonus at 6 months and 12 months. This offer is contingent upon receipt of a task order, available funding for the task, and receipt and maintenance of any and all necessary governmental approvals for working in a secure facility.

Titan Systems Corp. employees are provided a variety of benefits which include life insurance, health insurance (coverage for pre-existing medical conditions is limited under our health insurance plan), dental insurance, and long term disability. Benefits coverage is effective the first of the month following your start date.

Federal law requires every employer in the United States to verify that all new employees are legally eligible to work in the U.S. This verification is accomplished through completion of the I-9 Form, Employment Eligibility Verification published by the U.S. Department of Justice. You will be required to show proof by providing specific documentation such as a Passport, or a Birth Certificate and a Driver's License. If you feel you are going to have any problem with providing such proof of eligibility, please let us know as soon as possible.

Your acceptance of our offer, and the conditions upon which it is made, will be confirmed by your signing and returning the enclosed copy of this letter, as well as, the following documents: Tax Forms and the New Hire Data Sheet by January 17, 2003. If you have any questions concerning this offer or any of our employee benefits, please contact Kim Dinkins at (703) 383-4537 or Barbara Nelson at (703) 383-7912.

 **TITAN** SYSTEMS CORPORATION

Page 2

Employment at Titan Corp. is a voluntary relationship between the Company and each employee, and nothing in this offer of employment constitutes an express or implied contract between Titan Corp. and any employee.

Titan Corp. offers an environment with unique opportunities for involvement, visibility, recognition, and reward. Our continued success is primarily dependent upon the high caliber and enthusiasm of our staff. We feel that you possess these qualities and have the potential of making significant contributions to our future growth and success.

Sincerely,

*[signature]*

Greg Williams
Director, Human Resources

I hereby accept employment with Titan Corp. in accordance with the terms outlined above.

*[signature]*                                 1/17/03
Name                                          Date