UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABDULWAHAB NATTAH, et al., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-CV-00700 RCL |
| | ) | |
| GEORGE W. BUSH, et al., | ) | |
| | ) | |
| Defendant | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT L-3 COMMUNICATIONS TITAN
CORPORATION'S MOTION TO DISMISS**

Comes now, Plaintiff Abdulwahab Nattah, et al., through counsel, pursuant to Rule 6 of the Federal Rules of Civil Procedure, hereby moves to extend the time within which he may respond to Defendant's Motion to Dismiss.

Counsel for plaintiff requires additional time to adequately respond to Defendant's motion.

Pursuant to LCvR 7(m), Plaintiff's counsel has consulted with Defendant's counsel concerning this motion. Defendant's counsel has stated that Defendant will not oppose this motion.

WHEREFORE, for the foregoing reasons, Plaintiff moves the Court for a continuance and enlargement of time of twenty-one (21) days, for Plaintiff to respond to Defendant's Motion to Dismiss.

Respectfully submitted,

_____
Michael J. Beattie, Esquire
D.C. Bar Number 450873
Employee Rights Law Group

9502-B Lee Highway
Fairfax, Virginia  22031
(703) 273-2235 (phone)
(703) 273-3440 (facsimile)

**Certificate of Service**

I certify that a copy of the foregoing Amended Complaint is being sent to opposing

counsel on this date March 19, 2007 via PACER.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABDULWAHAB NATTAH, et al., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-CV-00700 RCL |
| | ) | |
| GEORGE W. BUSH, et al., | ) | |
| | ) | |
| Defendant | ) | |

_____

**ORDER**

Upon consideration of Plaintiff's Motion for an Extension of Time to Respond to Defendant's Motion to Dismiss and any oppositions and replies thereto, it is this _____ day of _____2007,

ORDERED that the Motion for Extension of Time be and is hereby GRANTED.

 

                                                                                       _____
                                                                                      Hon. Royce C. Lambert
                                                                                      U.S. District Court Judge

cc. via Pacer

| | |
|---|---|
| Michael J. Beattie | Mathew Sorensen |
| Counsel for Plaintiff | Counsel for Defendant |