UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ABDULWAHAB NATTAH, *et al.*, | ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 06-700 (RCL) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |

**ORDER**

Upon consideration of plaintiff's Unopposed Motion [39] for an Extension of Time to Respond to defendant L-3 Communications Titan Corporation's Motion to Dismiss, it is hereby

ORDERED that the Motion [39] for Extension of Time is GRANTED for an additional 21 days from this date.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 2, 2007.