## IN THE UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULWAHAB NATTAH, et al., | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | )    Civil Action No. 06-CV-00700 RCL |
| | ) |
| GEORGE W. BUSH, et al., | ) |
| | ) |
|     Defendant | ) |

_____

## ORDER

Upon consideration of Plaintiff's opposition in response to Defendant's motion to dismiss, and any oppositions and replies thereto, it is this _____ day of _____ 2007,

ORDERED that the Plaintiff's opposition in response to Defendant's motion to dismiss be and is hereby GRANTED.

 

                                                                                                 _____
                                                                                                 Hon. Royce C. Lambert
                                                                                                 U.S. District Court Judge

cc. via Pacer