IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABDULWAHAB NATTAH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-700 (RCL) |
| | ) | |
| GEORGE BUSH, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT L-3 COMMUNICATIONS TITAN CORPORATION'S
UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant L-3 Communications Titan Corporation ("L-3") (erroneously sued as L-3 Communications Titan Group), respectfully moves this Court for an enlargement of time, to and including May 7, 2007, in which to file its Reply brief in support of its Motion to Dismiss. The current deadline for L-3 to file its Reply brief is April 30, 2007. Plaintiffs have filed a twenty-nine page opposition to L-3's motion to dismiss defending each of the fifteen separate claims that they have asserted against L-3, a substantial number of which purportedly relate to events that allegedly took place outside of the United States and for which Plaintiffs are seeking recovery under the laws of Germany, Iraq and Kuwait. In light of the number and nature of Plaintiffs' claims, L-3 requires additional time in which to fully prepare its Reply in support of its motion to dismiss. The instant motion is not brought for the purpose of delay, and Plaintiffs will not be unduly prejudiced thereby.

Plaintiffs' counsel informed L-3's counsel by telephone today that he agrees to the proposed extension subject to the Court's approval.

      For the foregoing reasons, L-3 respectfully requests that this motion for an enlargement of time be granted.

Date:  April 24, 2007    Respectfully submitted,

                                                /s/
                              Matthew H. Sorensen, D.C. Bar 492130
                              GREENBERG TRAURIG, LLP
                              1750 Tysons Blvd., Suite 1200
                              McLean, VA 22102
                              Tel: (703) 749-1300
                              Fax: (703) 749-1301
                              *Attorneys for Defendant*
                              *L-3 Communications*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULWAHAB NATTAH, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-700 (RCL) |
| ) | |
| GEORGE BUSH, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **ORDER**

Upon consideration of Defendant L-3 Communications Titan Corporation's Motion for Enlargement of Time, and of the entire record, and it appearing to the Court that the granting of Defendant's motion pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, would be just and proper, it is hereby

ORDERED that Defendant L-3 Communications Titan Corporation's Motion for Enlargement of Time be and hereby is granted; and it is further

ORDERED that the time in which Defendant L-3 Communications Titan Corporation must file its Reply in support of its Motion to Dismiss be and hereby is enlarged to and including May 7, 2007.

SO ORDERED.

_____
United States District Court Judge