## Promoting Global Peace through Affirming International Law
# Abdul Wahab Nattah Education and Legal Defence Fund

- Home
- About Nattah
- Court Documents
- Donate
- News
- Links
- Middle East Human Rights
- Blogs
- Contact us

**Support Us — Become a Member**

**Donate**

## Mission Statement

Representing victims of warfare, we use international law to crusade for world peace. We believe warfare must be eliminated by reducing the use of violence to solve political disputes. President Bush acknowledged that the war in Iraq has caused 30,000 civilian casualties. When American forces negligently cause the death of Iraqi civilians, we are vindicating the terrorist core belief that political and ideological disputes should be resolved by violence. A war on terrorism cannot be won by military force. We need a dialogue to understand and address the root causes of terrorism. We draw inspiration from the civil rights movement of the 1960s. Direct non-violent protest promoted legislative changes and focused public attention on the cause. However, legal challenges brought in federal court also had a dramatic impact on reducing discrimination. Court precedents do not simply define the law; they also set norms of conduct. At antiwarattorney.org, we seek challenge the legality of the Iraq war under international law. We draw the connection between campaign contributions by defense contractors, a policy decisions regarding the Iraq war. We spotlight fraud and overbilling by defense contrctors. Finally, we seek to hold government officials responsible for war crimes. A legal precedent holding that the President and Vice-President can be held personally liable for damages suffered by war crimes victims would dramatically discourage wars of aggression and war crimes.

Cost for Iraq $277 billion dollars for 3 years and 3 months
http://costofwar.com/index.html

Mission Accomplished—On May 3, 2003 President Bush said of the Iraq War, "Mission Accomplished"
http://en.wikipedia.org/wiki/Mission_Accomplished



Put on F

Make worlc

| U.S. spending |
| U.S. spen( Institute for P |

State Department $
world peace as a fo
disarmament

Bureau of Arms Cc
International Secui
chemical and biolo;
debate or agenda. -

http://www.whiteh(
omb/budget/fy2006

House Democratic Bt
cuts

http://www.natior
option=com_cont
Itemid=107

| |
|---|
| Pie chart of federal discretionary spending<br>http://www.nationalpriorities.org/index.php?option=com_content&task=view&id=81&Itemid=107<br><br>Opportunity cost of war<br>http://www.americanprogress.org/site/pp.asp?c=biJRJ8OVF&b=171438 |

http://www.chn.o[...]

19,000 less students
Cut worker training, special education, community policing, programs, housing [...] disease and bio-terro[...] clean water act comp[...]

Budget abandons Su[...]

Robin Hood in revers[...] renewing tax cuts to t[...]
http://www.idealc[...]

### Lawsuit Challenges Legality of Iraq War

Since the outset of the American invasion of Iraq in March 2003, Nattah v. Bush is the only United States court case challenging the war's legality under international law. The invasion and subsequent conduct of Iraq war violated the Charter of the United Nations, Security Council Resolutions, the Geneva Convention, and customary international law. The United States signed treaties, and we use the court system to bring the United States into compliance with its treaty obligations. The United States could be a powerful advocate for international human rights, prosecuting war crimes in Bosnia and Rwanda, condemning torture in Syria, and demanding North Korea and Iran cease plans to acquire nuclear weapons. However, the United States abandoned the moral high ground through violating international law and torturing prisoners.

### Restoring Our Faith and Reputation

We know the President and Vice-President decided to invade Iraq and then mainipulated intelligence reports to support a pre-determined conclusion. The President lied to Congress and the American people about true reasons and necessitity of going to war, and these lies subverted the American political system. When C.I.A. officials leaked information about secret American run prisons in Eastern Europe and when a high ranking C.I.A. reported that the agency had lied to Congress, the agency responded by firing the whistle blower. Testimony of the Secretary of State before the Security Council was

**Quotations**

"This will take tin[...]
"yet we will do w[...]
what is necessary,[...]
the war on terror,[...]
our own nation m[...]
Because of your s[...]
defeating the terrc[...]
you're making An[...]
defending Americ[...]
W. Bush and I ap[...]

"All we are sayin[...]
Lennon

Thoreau on war -[...]
SloanGary/Thore[...]

"What difference[...]
orphans and the h[...]
destruction is wro[...]
totalitarianism or[...]
democracy?" — N[...]

"Peace cannot be[...]
only be attained t[...]
Waldo Emerson

"Mankind must p[...]
end to mankind....[...]
day when the con[...]
reputation and pre[...]
— John F. Kenne[...]

completely wrong, and United States credibility and reputation in the international community has been gravely eroded. Even if the United States could prove Iran was about to produce nuclear weapons and provide them to terrorists, nations would not believe us. The judicial branch could check a deceitful administration. This lawsuit holds our political leaders accountable for their misdeeds and thereby restores public confidence in the American legal system.

### Legal Precedent Could Prevent War against Iran or Syria

The United States is currently gearing up diplomatically and militarily for a war against Syria and Iran. Once U.S. force actually start massing for the attack and intelligence has been fully mainipulated war will become a fait a complete. We need to act now to halt momentum toward war. The President maintains that legally he has the power to go to war without Congressional or Security Council approval. The world desperately needs a legal precedent to invalidate the President's interpretation of international law.

### Bring Bush and Cheney to Justice for War Crimes

*Nattah v. Bush* is the first federal lawsuit ever seeking to hold a President personally liable for war crimes. Thousands of lawsuit are filed every year against the federal government seeking to get the federal government to pay damages to victims of civil rights abuses. However, Natah v. Bush seeks a judgment forcing President Bush and Vice-President to pay for damages out of their own personal funds rather than government coffers. Under international law consistently backed by United States State Department, individual government leaders are personally responsible for war crimes and launching a "war of aggression". This principal first was enunciated by the United States during the Nuremburg trial of Nazi leaders at the end of Second World War. The U.S. re-affirmed its view of international law during the prosecution of war criminals in Rwanda. The U.S.

"A permanent pea but only by the hc trust. However str they do not create nor do they guarar
Albert Einstein

further sought prosecution of the Serbian President and other leaders who authorized the invasion of Bosnia. More recently the U.S. has put Sadam Hussein on trial for torture, deaths of civilians, and invading Kuwait. Nattah v. Bush seeks to put President Bush on trial for those exact same type of offenses including torturing detainees, aerial bombardment of civilians in Iraq, and invading Iraq. Although U.S. law supports a suit against Bush, American policy holds we do not need to uphold the same international norms. American policy is the epitome of sanctimoniousness and hypocrisy. *Nattah v. Bush* does not so much attempt to set a new precedent in the field of international law, but rather to prove that international law applies at home as well as abroad.

**Promoting Global Peace through Affirming International Law**
# Abdul Wahab Nattah Education and Legal Defence Fund

- Home
- About Nattah
- Court Documents
- Donate
- News
- Links
- Middle East Human Rights
- Blogs
- Contact us





## Donate to the Abdul Wahab Nattah Education and Legal Defense Fund

The fund is 501c3 charitable tax-exempt organization. Contributions to the fund are tax deductible. Mr. Nattah became disabled as a result of combat in the Iraq war. He is unable to work and financially impoverished. He cannot afford to finance the cost of the lawsuit. Your donations will help prove the war in Iraq was illegal.

*Checks may be mailed to*
9502 Lee Highway Suite B Fairfax Virginia, 22031.

*You can also make an on-line payment by entering your Visa information below,*

*PAY PAL :*

For more information contact us at the address below,

> 9502 Lee Highway,
> Suite B
> Fairfax,
> Virginia 22031
> Telephone: 703-273-2235;
> Toll Free: 800-434-1452
> Fax: 703-273-3440;
> Toll Free: 800-835-0701



*Terrorism is the unla violence against per: intimidate or coerce civilian population, or in furtherance of objectives.* - US I Investigation