## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ | ) | |
| **ABDULWAHAB NATTAH,** *et. al.*, | ) | |
| | ) | |
| **Petitioners,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 06-700 (RCL)** |
| | ) | |
| **GEORGE W. BUSH,** | ) | |
| **President of the United States,** *et. al.*, | ) | |
| | ) | |
| **Respondents.** | ) | |
| _____ | ) | |

## ORDER

For the reasons set forth in the Motion [44] filed by Attorney Matthew Sorensen, a member in good standing of this BAR, and following a review of John F. Scalia's Declaration dated May 7, 2007, which demonstrates that Attorney Scalia meets all the requirements of LCvR83.2(d), it is hereby

ORDERED, that Attorney John F. Scalia's Motion for Admission to Appear Pro Hac Vice in the above captioned case is GRANTED.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, May 8, 2007.