# United States Court of Appeals
## For The District of Columbia Circuit

**No. 07-5079**  September Term, 2007

06cv00700

Filed On: September 7, 2007

[1065358]
Abdulwahab Nattah,
      Appellant

v.

George W. Bush, et al.,
      Appellees

### ORDER

By order filed July 11, 2007, appellant was directed to file, within thirty days after the expiration of the suspension imposed on counsel in <u>In re: Michael Jackson Beattie</u>, No. 07-8514, unpublished order (D.C. Cir. May 23, 2007), a response to the order to show cause and a response to the motion for summary affirmance, and to show cause why this appeal should not be dismissed for lack of jurisdiction. The period of suspension concluded on July 22, 2007. To date, no responses have been submitted nor has attorney Beattie complied with the court's rules concerning reinstatement. <u>See</u> D.C. Cir. Rules, App. II, Rule VII(a). Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. <u>See</u> D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED: 11/8/07
BY: _____ Deputy Clerk
ATTACHED: ___ Amending Order
            ___ Opinion
            ___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Deputy Clerk

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk