```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ABDULWAHAB NATTAH,and           )
ABDULWAHAB NATTAH on behalf     )
  Of Titan employees, and       )
"XXX (Redacted)"                )
                                )
        Plaintiffs,             )
                                )
        v.                      )   Civil Action No. 06-0700 RCL
                                )
GEORGE W. BUSH, President of    )
  the United States, in his     )
  individual capacity,          )
                                )
RICHARD CHENEY, Vice-President  )
  of the United States, in his  )
  individual capacity,          )
                                )
DONALD RUMSFELD, Secretary,     )
  United States Department      )
  Of Defense, in his official   )
  capacity,                     )
  The Pentagon                  )
  Washington, D.C. 20301,       )
                                )
Six Unknown United States       )
  Government Employees,         )
                                )
        and                     )
                                )
L-3 Communications Titan Group, )
                                )
        Defendants.             )
_____)
```

### FEDERAL DEFENDANTS' UNOPPOSED MOTION
### FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, federal defendants George W. Bush, President of the United States of America, Richard Cheney, Vice-President of the United States of America, Robert Gates, Secretary of the U.S. Department of Defense, and Francis Harvey, Secretary of the

United States Army, respectfully move this Court for an enlargement of time, to and including January 11, 2008, in which to file their response to plaintiffs' motion for leave to file an Amended Complaint, motion for reconsideration and motion to vacate [Docket Nos. 47 & 48].  Lead counsel for federal defendants has had to be out of the office numerous days the last few weeks due to the critical illness of her mother, which has required numerous doctor and hospital visits.  Defense counsel anticipates that this schedule will need to continue for the next couple of weeks, at a minimum.  Therefore, in order to allow defense counsel the time needed to properly confer with agency counsel about plaintiffs' motion, federal defendants request that this motion for enlargement of time be granted.[1]

Plaintiffs' counsel informed defense counsel by telephone today that he will not oppose this motion.

Accordingly, for the foregoing reasons, federal defendants respectfully request that this motion for an enlargement of time

---

[1]  In making this motion, the individual federal defendants do not waive any of the defenses available to them under Fed. R. Civ. P. 12 or otherwise, including the defense of official immunity.

be granted.

                        Respectfully submitted,

                        _____/s/_____
                        JEFFREY A. TAYLOR, D.C. BAR #498610
                        United States Attorney

                        _____/s/_____
                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                        Assistant United States Attorney

                        _____/s/_____
                        MARINA UTGOFF BRASWELL, DC BAR #416587
                        Assistant United States Attorney
                        U.S. Attorney's Office
                        555 4th Street, N.W. - Civil Division
                        Washington, D.C. 20530
                        (202) 514-7226

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDULWAHAB NATTAH, and )
ABDULWAHAB NATTAH on behalf )
 Of Titan employees, and )
"XXX (Redacted)" )
8491 Bradshaw Road )
Elk Grove, CA 95624, )
 )
        Plaintiffs, )
 )
        v. ) Civil Action No. 06-0700 RCL
 )
GEORGE W. BUSH, President of )
 the United States, in his )
 individual capacity, et al., )
 )
        Defendants. )
_____ )

ORDER

Upon consideration of Federal Defendants' Unopposed Motion for Enlargement of Time,[1] and of the entire record, and it appearing to the Court that the granting of federal defendants' motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this ____ day of _____, 2007

ORDERED that Federal Defendants' Motion For Enlargement of Time be, and it is, granted, and it is further

ORDERED that the time in which federal defendants must file their response to plaintiffs' motion for leave to file an Amended Complaint, motion for reconsideration and motion to vacate

---

[1] The motion was filed on behalf of federal defendants George W. Bush, President of the United States, Richard Cheney, Vice-President of the United States, and Donald Rumsfeld, Secretary, U.S. Department of Defense.

[Docket Nos. 47 & 48] be, and it is, enlarged up to and including January 11, 2007.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE

Copies to:

Marina Utgoff Braswell
Assistant United States Attorney
U.S. Attorney's Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530

Matthew H. Sorensen
John F. Scalia
Greenberg Traurig, LLP
1750 Tysons Blvd., Suite 1200
McLean, VA 22102

Michael Beattie, Esq.
9502B Lee Highway
Fairfax, VA 22031