```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ABDULWAHAB NATTAH,and            )
ABDULWAHAB NATTAH on behalf      )
  Of Titan employees, and        )
"XXX (Redacted)"                 )
                                 )
        Plaintiffs,              )
                                 )
        v.                       )   Civil Action No. 06-0700 RCL
                                 )
GEORGE W. BUSH, President of     )
  the United States, in his      )
  individual capacity,           )
                                 )
RICHARD CHENEY, Vice-President   )
  of the United States, in his   )
  individual capacity,           )
                                 )
DONALD RUMSFELD, Secretary,      )
  United States Department       )
  Of Defense, in his official    )
  capacity,                      )
  The Pentagon                   )
  Washington, D.C. 20301,        )
                                 )
Six Unknown United States        )
  Government Employees,          )
                                 )
        and                      )
                                 )
L-3 Communications Titan Group,  )
                                 )
        Defendants.              )
_____)
```

### FEDERAL DEFENDANTS' MOTION
### FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, federal defendants George W. Bush, President of the United States of America, Richard Cheney, Vice-President of the United States of America, Robert Gates, Secretary of the U.S. Department of Defense, and Francis Harvey, Secretary of the

United States Army, respectfully move this Court for an additional enlargement of time, to and including January 31, 2008, in which to file their response to plaintiffs' motion for leave to file an Amended Complaint, motion for reconsideration and motion to vacate [Docket Nos. 47 & 48].  Lead counsel for federal defendants has had to continue to be out of the office during her mother's illness, even more so after her mother was hospitalized December 26, 2007, with kidney failure.  Yesterday a decision was made by Ms. Braswell's mother to end medical treatment and be taken to her home in Annapolis.  Ms. Braswell intends to accompany her mother and remain with her for the time left, and must be out of the office until that time.[1]

    Ms. Braswell's legal assistant called plaintiffs' counsel on behalf of Ms. Braswell to seek his position on this motion but he did not return the phone call.

    Nonetheless, for the foregoing reasons, federal defendants respectfully request that this motion for an enlargement of time

---

[1] In making this motion, the individual federal defendants do not waive any of the defenses available to them under Fed. R. Civ. P. 12 or otherwise, including the defense of official immunity.

be granted.

                                              Respectfully submitted,

                                                     /s/
                                        JEFFREY A. TAYLOR, D.C. BAR #498610
                                        United States Attorney

                                                   /s/
                                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                                        Assistant United States Attorney

                                                 /s/
                                        MARINA UTGOFF BRASWELL, DC BAR #416587
                                        Assistant United States Attorney
                                        U.S. Attorney's Office
                                        555 4th Street, N.W. - Civil Division
                                        Washington, D.C. 20530
                                        (202) 514-7226

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDULWAHAB NATTAH, and             )
ABDULWAHAB NATTAH on behalf        )
  Of Titan employees, and          )
"XXX (Redacted)"                   )
8491 Bradshaw Road                 )
Elk Grove, CA 95624,               )
                                   )
        Plaintiffs,                )
                                   )
        v.                         )   Civil Action No. 06-0700 RCL
                                   )
GEORGE W. BUSH, President of       )
  the United States, in his        )
  individual capacity, et al.,     )
                                   )
        Defendants.                )
_____)

ORDER

Upon consideration of Federal Defendants' Motion for Enlargement of Time,[1] and of the entire record, and it appearing to the Court that the granting of federal defendants' motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this _____ day of_____ _____, 2008

ORDERED that Federal Defendants' Motion For Enlargement of Time be, and it is, granted, and it is further

ORDERED that the time in which federal defendants must file their response to plaintiffs' motion for leave to file an Amended Complaint, motion for reconsideration and motion to vacate

---

[1] The motion was filed on behalf of federal defendants George W. Bush, President of the United States, Richard Cheney, Vice-President of the United States, and Donald Rumsfeld, Secretary, U.S. Department of Defense.

[Docket Nos. 47 & 48] be, and it is, enlarged up to and including January 31, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Marina Utgoff Braswell
Assistant United States Attorney
U.S. Attorney's Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530

Matthew H. Sorensen
John F. Scalia
Greenberg Traurig, LLP
1750 Tysons Blvd., Suite 1200
McLean, VA 22102

Michael Beattie, Esq.
9502B Lee Highway
Fairfax, VA 22031