UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
ABDULWAHAB NATTAH, et al.,     )
                               )
        Plaintiffs,            )
                               )
        v.                     )   Civil Action No. 06-0700 RCL
                               )
GEORGE W. BUSH, et al.,        )
                               )
        Defendants.            )
_____)
```

ORDER

Under consideration of plaintiffs' motions to amend their complaint and for reconsideration or alteration of the January 30, 2007 Order, the responding opposition to that motion, and of the entire record, it is hereby

ORDERED that plaintiffs' motions [#41] are denied.

_____                          _____
   DATE                                 UNITED STATES DISTRICT JUDGE


COPIES TO:

Marina Utgoff Braswell
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530


Matthew Harrold Sorensen, Esq.
John F. Scalia, Esq.
Greenberg Traurig, LLP
1750 Tysons Blvd., Suite 1200
McLean, VA 22102


Michael J. Beattie, Esq.
2663 Manhattan Place, Suite 106
Vienna, VA 22180