UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULWAHAB NATTAH, and ABDULWAHAB NATTAH on behalf Of Titan employees, and "XXX (Redacted)" 8491 Bradshaw Road Elk Grove, CA 95624,  Plaintiffs,  v.  GEORGE W. BUSH, President of the United States, in his individual capacity, <u>et al.</u>,  Defendants. | Civil Action No. 06-0700 RCL |

ORDER

Upon consideration of Federal Defendants' Motion for Enlargement of Time,[1] and of the entire record, and it appearing to the Court that the granting of federal defendants' motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this <u>1st</u> day of <u>February</u>, 2008

ORDERED that Federal Defendants' Motion For Enlargement of Time be, and it is, granted, **nunc pro tunc** and it is further

ORDERED that the time in which federal defendants must file their response to plaintiffs' motion for leave to file an Amended Complaint, motion for reconsideration and motion to vacate

---

[1] The motion was filed on behalf of federal defendants George W. Bush, President of the United States, Richard Cheney, Vice-President of the United States, and Donald Rumsfeld, Secretary, U.S. Department of Defense.

[Docket Nos. 47 & 48] be, and it is, enlarged up to and including January 31, 2008.

SO ORDERED.

```
                              _____/s/_____
                              U.S. District Judge Royce C. Lamberth
```