IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULWAHAB NATTAH, et al.,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>GEORGE BUSH, et al.,  )<br>  )<br>    Defendants.  )<br>  ) | Civil Action No. 06-CV-00700 RCL |

## DEFENDANT L-3 COMMUNICATIONS TITAN CORPORATION'S MOTION TO CONSOLIDATE

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and this Court's Local Civil Rule 40.5, Defendant L-3 Services, Inc., formerly known as L-3 Communications Titan Corporation, hereby moves this Court for an order consolidating *Shallal v. Gates et al*, Civil Action No. 1:07-cv-02154-RMC (filed on November 29, 2007) ("Shallal Action") with this action for all purposes.

This motion is brought on the following grounds: the later-filed Shallal Action arises out of the same facts as this action, and involves many of the same or similar claims under U.S. and foreign law as those presented in this action; the named plaintiffs in the two actions are represented by the same attorney; the two actions involve the same plaintiffs, in that this action states purported class action claims on behalf of a class of which Shallal is a member; the two actions involve the same defendants; the plaintiff's proposed amended complaint in this action, as compared to his original Complaint, involves even more of the same parties, facts and claims as those involved in the Shallal Action; in briefing filed with this Court, Nattah and Shallal's counsel has represented that he intended to add Shallal as a named plaintiff in this action.

Based on the above facts, consolidation of the Shallal Action with this action will serve interests of judicial economy, will allow the parties to save the time and expense that would result from parallel proceedings, will eliminate the risk of inconsistent judgments, and will cause no prejudice to the plaintiffs.

This motion is supported by the Memorandum of Law filed concurrently herewith.

Respectfully submitted,

/s/
Matthew H. Sorensen, D.C. Bar 492130
John F. Scalia, *pro hac vice*
GREENBERG TRAURIG, LLP
1750 Tysons Blvd., Suite 1200
McLean, VA 22102
Tel:  (703) 749-1300
Fax:  (703) 749-1301

*Counsel for Defendant*
*L-3 Communications Titan Corporation*

2