#### IN THE UNITED STATES DISTRICT COURT FOR THE
#### DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULWAHAB NATTAH, et al., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 06-CV-00700 RCL |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| Defendant ) | |

#### MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE MOVE
#### BY PLAINTIFF ABDULWAHAB NATTAH

Pursuant to F.R.Civ.Pro 6(b), Plaintiff, Abdulwahab Nattah, respectfully moves this Court for an Order enlarging time up to and including April 10th, 2008 to answer or otherwise move in response to federal defendants' opposition to motion for reconsideration, to vacate and for leave to file amended complaint. The memorandum filed in support of the federal defendants' opposition presents novel issues supported by little in terms of valuable precedent, and significant investment of time is required on behalf of the single, pro-bono, and partially blind attorney to flush out and prepare a fitting response to the federal defendants' opposition to motion for reconsideration, to vacate and for leave to file an amended complaint.

Mr. Beattie's legal assistant contacted federal defendant's counsel on behalf of Mr. Beattie seeking her position on this motion, but as of this writing no response has been received.

Nonetheless, for the foregoing reasons plaintiff respectfully requests that this motion for enlargement of time be granted.

Respectfully submitted,

\_\_\_/s/_____

Michael Beattie
2663 Manhattan Place Suite 106
Vienna, VA 22180
703-698-0623 Phone
antiwarattorney@yahoo.com

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| Mark Shallal,                         ) | |
|     Plaintiff                          ) | |
| v.                                          ) | Civil Action No. 1:07-cv-2154 (RMC) |
| Robert Gates, Francis Harvey,  ) | |
| L-3 Communications              ) | |
| (Titan Group)                         ) | |
|     Defendants.                     ) | |

<u>ORDER</u>

Upon consideration of plaintiff's Motion for Enlargement of Time, and of the entire record, and it appearing to the Court that the granting of plaintiff's motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this ___ day of _____ , 2008

ORDERED that Plaintiff's Motion For Enlargement of Time be, and it is, granted, and it is further

ORDERED that the time in which Plaintiff's must file their response to federal defendants' opposition to motion for reconsideration, to vacate and for leave to file an amended complaint be, and it is, enlarged up to and including April 10th, 2008.

 

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Michael J. Beattie
2663 Manhattan Place
Suite 106
Vienna, VA 22180
(703) 698-0623
Email: antiwarattorney@yahoo.com

Marina Utgoff Braswell
US ATTORNEYS OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Room 10-413
Washington, DC 20530
(202) 514-7226
Fax: (202) 514-8780
Email: Marina.Braswell@usdoj.gov

Matthew Harrold Sorensen
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard
McLean, VA 22102
(703) 749-1348
Email: sorensenm@gtlaw.com