UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULWAHAB NATTAH, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-700 (RCL) |
| GEORGE W. BUSH, President of the United States, *et. al.*, | ) |
| Defendants. | ) |

## ORDER

Upon consideration of plaintiff's motion [57] for enlargement of time and of the entire record herein, it is hereby

ORDERED that plaintiff's motion is GRANTED in part and DENIED in part; it is further hereby

ORDERED that the time in which plaintiff must file his response to federal defendants' opposition to motions to file amended complaint, to join additional defendants, and to reconsider or vacate judgment is enlarged up to and including March 24th, 2008.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, March 7, 2008.