IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULWAHAB NATTAH, et al., )<br>)<br>    Plaintiff, )<br>)<br>  v. )<br>)<br>GEORGE BUSH, et al., )<br>)<br>    Defendants. )<br>) | Civil Action No. 06-CV-00700 RCL |

## L-3 COMMUNICATIONS TITAN CORPORATION'S
## REPLY IN SUPPORT OF ITS MOTION TO CONSOLIDATE

Defendant L-3 Communications Titan Corporation ("L-3 Titan") hereby files this its reply memorandum in support of its motion to consolidate this case with a related action currently pending before this Court, *Shallal v. Gates et al*, Civil Action No. 1:07-cv-02154-RMC (filed on November 29, 2007) ("the *Shallal* Action"). Plaintiff has failed to file an opposition to L-3 Titan's motion in the time allowed under the Federal Rules of Civil Procedure and this Court's Local Rules, and has also failed to seek an enlargement of time in which to file such an opposition. L-3 Titan therefore respectfully requests that the Court treat its motion as unopposed and consolidate this case with the *Shallal* action.

Dated: March 10, 2008

Respectfully submitted,

/s/
Matthew H. Sorensen, D.C. Bar 492130
John F. Scalia, *pro hac vice*
GREENBERG TRAURIG, LLP
1750 Tysons Blvd., Suite 1200
McLean, VA 22102
Tel: (703) 749-1300
Fax: (703) 749-1301
*Counsel for Defendant*
*L-3 Communications Titan Corporation*