UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ABDULWAHAB NATTAH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-700 (RCL) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of defendant L-3 Communications Titan Corporation's motion [56] to consolidate and the entire record herein, it is hereby

ORDERED that the motion is DENIED. However, it appears that the two cases are related. Therefore, the later case, *Shallal v. Gates, et al.*, Civil Action No. 07-cv-2154-RMC, shall be transferred as a related case.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, March 11, 2008.