IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

ABDULWAHAB NATTAH, et al., )
                           )
Plaintiff                  )
                           )
       v.                  )          Civil Action No. 06-CV-00700 RCL
                           )
GEORGE W. BUSH, et al.,    )
Defendant                  )
_____

### Request for Approval to File a Memorandum Exceeding Page Limit

LCvR 7 (e) stipulates: "A memorandum of points and authorities in support of or in opposition to a motion shall not exceed 45 pages and a reply memorandum shall not exceed 25 pages, without prior approval of the court."

Due to the complexity and the sheer number of issues involved, the proposed reply exceeds the page limits stated above. Nonetheless, plaintiff respectfully asks the Court for approval to file a response to the federal defendants' and putative defendant secretary of the army's opposition to plaintiffs' motions to file amended complaint, to join additional defendants and to reconsider or vacate judgment.

Respectfully submitted,

_/s/_____

Michael Beattie
2663 Manhattan Place Suite 106
Vienna, VA 22180
703-698-0623
antiwarattorney@yahoo.com

Copies to:

Michael J. Beattie
2663 Manhattan Place
Suite 106
Vienna, VA 22180
(703) 698-0623
Email: antiwarattorney@yahoo.com

Marina Utgoff Braswell
US ATTORNEYS OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Room 10-413
Washington, DC 20530
(202) 514-7226
Fax: (202) 514-8780
Email: Marina.Braswell@usdoj.gov

Matthew Harrold Sorensen
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard
McLean, VA 22102
(703) 749-1348
Email: sorensenm@gtlaw.com