## Affidavit of Michael Beattie, March 17th 2008

When the government moved to dismiss, I attempted to prepare an amended complaint and get it filed at the same time as I filed the response to the motion to dismiss.   Re-writing the complaint was a truly monumental task consistently of well over 100 hours of pro bono work.    After I got the brief and the amended complaint done, I gave it to two associates.   Zarana Oomigar and Crystal Fisher to edit.    The data containing these two documents as well as data on some other documents became corrupted and turned both documents into illegible garbage.   The old data could not be recoverred.    Immediately thereafter, one associate got divorced and devoted all of her time to dealing with her own divorce and simaltaneously the only other associate took off a great deal of time to plan wedding, she got married, and went on an extended honeymoon.   By the time she returned, it was February 15, and the case had already been dismissed.    It was not possible to devote all my time to pro bono case while both associates were on leave.   On March 6, 2007, the Virginia State Bar suspended me.    I finished work on the amended complaint for Natah, attempted to file it, but when the document got to the courthouse I learned the District Court for D.C. entered a reciprocal suspension lasting until November.    The six month period ended in October, but it took an additional month to get reinstated.   Although the amendment complaint was done, I had to wait seven months to file it.    Immediately after I got reinstated, I started to polish the amended complaint with some new information discovered during the intervening nine months.    After I got reinstated the amended complaint got filed rather quickly.

I, the undersigned, hereby affirm, under the penalty of perjury that all of the above is true and correct to the best of my knowledge.

Respectfully submitted,

_/s/_____

Michael Beattie
2663 Manhattan Place Suite 106
Vienna, VA 22180
703-698-0623
antiwarattorney@yahoo.com