IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

ABDULWAHAB NATTAH, et al., )
                            )
Plaintiff                   )
                            )
        v.                  )      Civil Action No. 06-CV-00700 RCL
                            )
GEORGE W. BUSH, et al.,     )
Defendant                   )
_____

### Notice of Voluntary Dismissal and Strike

A notice of dismissal such as this one does not require a court order and does not require consent of other parties.

Plaintiff hereby voluntarily dismisses Vice-President Cheney and President Bush as defendants pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure. Plaintiff further dismisses claims under the Torture Victims Protection Act. Instead, plaintiff will use TVPA as evidence to support his claim under customary international law. Although the government did not seek dismissal of this claim, plaintiff voluntarily dismisses the claim under 42 U.S.C. 1985, because the claim is barred by sovereign immunity.

The government seeks dismissal of claims against individuals under the Administrative Procedure Act. Plaintiff has not attempted to bring a claim against defendants in their individual capacity. Plaintiff is not dismissing this claim, because the complaint does not include such a cause of action. Rather than dismissing an A.P.A., plaintiff simply asks the court to note that plaintiff only asserts A.P.A. claims against official capacity defendants.

Plaintiff also asks to strike the last sentence of paragraph 109 and insert.  The government failed to award plaintiff the battlefield ribbons and medals commensurate

with his military service, and the plaintiff asks the court to order the government to bestow the appropriate ribbons, medals, and honors.

Plaintiff moves to voluntarily dismiss Count XX and XXI without prejudice pursuant to Rule 41 (a).

Plaintiff asks the court to review this notice prior to considering the government's motion to dismiss.

Respectfully submitted,

_/s/_____

Michael Beattie
2663 Manhattan Place Suite 106
Vienna, VA 22180
703-698-0623
antiwarattorney@yahoo.com

Copies to:

Michael J. Beattie
2663 Manhattan Place
Suite 106
Vienna, VA 22180
(703) 698-0623
Email: antiwarattorney@yahoo.com

Marina Utgoff Braswell
US ATTORNEYS OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Room 10-413
Washington, DC 20530
(202) 514-7226
Fax: (202) 514-8780
Email: Marina.Braswell@usdoj.gov

Matthew Harrold Sorensen
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard
McLean, VA 22102
(703) 749-1348
Email: sorensenm@gtlaw.com