**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

ABDULWAHAB NATTAH, et al., )
                                             )
Plaintiff                         )
                                             )
                      v.                )          Civil Action No. 06-CV-00700 RCL
                                             )
GEORGE W. BUSH, et al.,      )
Defendant           )
_____

**<u>Withdrawal of Rule 60 Motion</u>**

       Plaintiff withdraws his motion pursuant to Rule 60.    Plaintiff does not and has never believed that a Rule 60 motion was a prerequisite for amending a complaint after the complaint has been dismissed.    Plaintiff filed the motion purely as a precaution against a possible argument by the government.    Plaintiff withdraws the motion, because the government is not claiming a Rule 60 motion is required prior to amending.    The government states that it would prefer if plaintiff filed a Rule 60 motion after the final judgment, but also argues that it would be prejudiced by permitting the plaintiff to amend the claim ten months after its dismissal.    The government's two arguments are fundamentally at odds.    A final judgment may be years away, and thus the government would like to wait several years before determining whether to vacate the January 2007 dismissal.    Proceeding as the government suggests will cause the government a self-inflicted injury.    Nevertheless, plaintiff withdraws his Rule 60 motion.

       Plaintiff asks the court to review this notice prior to considering the government's motion to dismiss.

Respectfully submitted,


_/s/_____

Michael Beattie
2663 Manhattan Place Suite 106
Vienna, VA 22180
703-698-0623
antiwarattorney@yahoo.com


Copies to:


Michael J. Beattie
2663 Manhattan Place
Suite 106
Vienna, VA 22180
(703) 698-0623
Email: antiwarattorney@yahoo.com

Marina Utgoff Braswell
US ATTORNEYS OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Room 10-413
Washington, DC 20530
(202) 514-7226
Fax: (202) 514-8780
Email: Marina.Braswell@usdoj.gov

Matthew Harrold Sorensen
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard
McLean, VA 22102
(703) 749-1348
Email: sorensenm@gtlaw.com