UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ABDULWAHAB NATTAH, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-700 (RCL) |
| GEORGE W. BUSH, President of the United States, *et. al.*, | ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the Court on plaintiff's motion [61] to file a reply memorandum exceeding Local Rule 7(e) page limits. It is hereby

ORDERED that the motion is GRANTED. Plaintiff's reply [62] shall be deemed filed as part of the record in this case as of March 24, 2008.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on March 31, 2008.