UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ABDULWAHAB NATTAH,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-700 (RCL) |
| | ) | |
| **GEORGE W. BUSH,** | ) | |
| President of the United States, *et. al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

This matter comes before the Court on plaintiff Abdulwahab Nattah's motion [47] for leave to file first amended complaint, motions [48] for leave to join additional defendants and to vacate this Court's Order [32] granting dismissal to federal defendants, and defendant L-3 Communications Titan Group's motion [38] to dismiss. Upon consideration of the motions, the opposition and reply briefs, the entire record herein, and applicable law, it is hereby, for the reasons set forth in an accompanying Opinion,

ORDERED that plaintiff's motion for leave to file first amended complaint is GRANTED in part and DENIED in part. The motion is granted as to Titan and "six unknown government employees," and is denied with respect to all other defendants. It is further hereby

ORDERED that plaintiff's motion to join additional defendants is DENIED. It is further hereby

ORDERED that plaintiff's motion to vacate this Court's Order [32] is DENIED. It is further hereby

ORDERED that Titan's motion to dismiss is GRANTED. It is further hereby

ORDERED that this case is dismissed with prejudice as to all defendants and all claims.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on March 31, 2008.