UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDULWAHAB NATTAH
                    Plaintiff

vs.                                    Civil Action No. No. 06-700 (RCL)

GEORGE W. BUSH, President of the United States, et. al.
                    Defendant

## NOTICE OF APPEAL

Notice is hereby given this 20th day of April, 20 08, that

ABDULWAHAB NATTAH

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 31st day of March, 20 08 in favor of GEORGE W. BUSH, President of the United States, et. al.

against said ABDULWAHAB NATTAH

/s/ Michael J. Beattie
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Marina Utgoff Braswell
US ATTORNEYS OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Room 10-413
Washington, DC 20530

Matthew Harrold Sorensen
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard
McLean, VA 22102