# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULWAHAB NATTAH, | ) |
| Plaintiffs, | ) |
| v. | ) 06-cv-700 (RCL) |
| GEORGE W. BUSH, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Before the Court is Federal Defendants' Renewed Motion to Dismiss, Sep. 17, 2010 [76], Defendant L-3 Services, Inc.'s Motion to Dismiss or in the Alternative for Summary Judgment, Sep. 17, 2010 [75], and plaintiff's Motion for Miscellaneous Relief, Oct. 12, 2010 [78]. Based upon the parties' papers, the entire record and applicable law, and for the reasons set forth in the Memorandum Opinion issued this date, it is hereby

ORDERED that plaintiff's Motion for Miscellaneous Relief is DENIED as lacking any basis in law; it is furthermore

ORDERED that federal defendants' Motion is GRANTED; it is furthermore

ORDERED that defendant L-3 Services' Motion is GRANTED; it is furthermore

ORDERED that this case is DISMISSED WITH PREJUDICE as to all defendants and all claims.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on March 18, 2011.